IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY S. TOMCIK, <br><br> Plaintiff, <br><br> v. <br><br> HIGHMARK HEALTH, <br><br> Defendant. | 2:25-CV-00033-CCW |

## ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 7, 2025, the Magistrate Judge issued a Report (the "R&R"), ECF No. 24, recommending that the Motion to Dismiss Plaintiff's Amended Complaint by Defendant Highmark Health, ECF No. 12, be granted. Service of the R&R was made on the parties, and Plaintiff Jeffrey S. Tomcik has filed Objections. *See* ECF No. 25.

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, it is hereby ORDERED that Defendant Highmark Health's Motion, ECF No. 12, is GRANTED and the R&R, ECF No. 24, is adopted as the Opinion of the District Court. Accordingly, Plaintiff's Amended Complaint, ECF No. 6, is DISMISSED WITH PREJUDICE and judgment will be entered in Defendant's favor.

IT IS SO ORDERED.

DATED this 30th day of October, 2025.

                                              BY THE COURT:

                                              <u>/s/ Christy Criswell Wiegand</u>
                                              CHRISTY CRISWELL WIEGAND
                                              United States District Judge

cc (via ECF email notification):

All Counsel of Record